**LAQUER, URBAN, CLIFFORD & HODGE LLP**
MICHAEL A. URBAN, Nevada State Bar No. 3875
NATHAN R. RING, Nevada State Bar No. 12078
4270 S. Decatur Blvd., Suite A-9
Las Vegas, NV 89103
Telephone: (702) 968-8087
Facsimile: (702) 968-8088
E-mail: murban@luch.com; nring@luch.com
*Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST; TRUSTEES OF THE OPERATING ENGINEERS HEALTH AND WELFARE FUND; TRUSTEES OF THE OPERATING ENGINEERS JOURNEYMAN AND APPRENTICE TRAINING TRUST; AND TRUSTEES OF THE OPERATING ENGINEERS VACATION-HOLIDAY SAVINGS TRUST,<br>                Plaintiffs,<br>         vs.<br>SEEK N FIND INSPECTION TESTING & TRAINING, a Foreign Limited-Liability Company, also known as SEEK N FIND INSPECTION TESTING & TRAINING LLC,<br>                Defendant. | CASE NO: 2:20-cv-01429-GMN-VCF<br><br>**STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFF TO RECEIVE SETTLEMENT PAYMENT**<br><br>**(FIRST REQUEST)** |

Pursuant to the Courts Order dated December 1, 2020 (ECF No. 6), Plaintiffs, TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST, TRUSTEES OF THE OPERATING ENGINEERS HEALTH AND WELFARE FUND, TRUSTEES OF THE OPERATING ENGINEERS JOURNEYMAN AND APPRENTICE TRAINING TRUST, and TRUSTEES OF THE OPERATING ENGINEERS VACATION-HOLIDAY SAVINGS TRUST; and Defendant SEEK N FIND INSPECTION TESTING & TRAINING, also known as SEEK N FIND INSPECTION TESTING & TRAINING, LLC, (hereinafter

1

"SNF"), by and through their respective attorneys of record, hereby stipulate and agree that the Defendant SNF has two (2) additional weeks to file its submit its lump sum payment of $8,926.65 ("Settlement Sum"). The parties have settled, and Defendant agreed to pay one lump sum due and payable within thirty (30) days of the date of the fully executed Settlement Agreement; December 3, 2020. Once payment is processed, a Notice of Dismissal will be filed. The parties request a fourteen (14) day extension.

This is the first request for an extension of time to respond to the Courts Order. The parties make this request in good faith and not for the purpose of delay.

IT IS SO STIPULATED.

Dated: December 2, 2020                                    Dated: December 2, 2020

Respectfully submitted,                                    Respectfully submitted,

THE URBAN LAW FIRM                                         THE WRIGHT LAW GROUP, P.C.

 */s/ Michael A. Urban*                                     */s/ John H. Wright*
MICHAEL A. URBAN, Nevada State Bar No. 3875                JOHN H. WRIGHT, ESQ.
NATHAN R. RING, Nevada State Bar No. 12078                 Nevada Bar No. 6182
4270 S. Decatur Blvd., Suite A-9                           2340 Paseo Del Prado, Suite D-305
Las Vegas, NV 89103                                        Las Vegas, Nevada 89102
Telephone: (702) 968-8087                                  Telephone: 702-405-0001
Facsimile: (702) 968-8088                                  Email: john@wrightlawgroupnv.com
E-mail: murban@luch.com; nring@luch.com                    *Counsel for Defendants*
*Counsel for Plaintiffs*

**IT IS SO ORDERED.**

Dated this __2__ day of December, 2020

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

### CERTIFICATE OF SERVICE

The undersigned certifies that on the 2nd day of December, 2020, she served a true and correct copy of the above and foregoing, **STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFF TO RECEIVE SETTLEMENT PAYMENT (FIRST REQUEST)**, by filing it using the Court's CM/ECF system, which will provide notice of the filing to:

JOHN H. WRIGHT, ESQ.
The Wright Law Group
2340 Paseo Del Prado, Suite D-305
Las Vegas, NV 89102
Phone: 702-405-0001
E-mail: john@wrightlawgroupnv.com
***Counsel for Defendant***

                                                        */s/ Kerri Carder-McCoy*
                                                       An employee of The Urban Law Firm