**LAQUER, URBAN, CLIFFORD & HODGE LLP**
MICHAEL A. URBAN, Nevada State Bar No. 3875
NATHAN R. RING, Nevada State Bar No. 12078
4270 S. Decatur Blvd., Suite A-9
Las Vegas, NV 89103
Telephone: (702) 968-8087
Facsimile: (702) 968-8088
E-mail: murban@luch.com; nring@luch.com
*Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST; TRUSTEES OF THE OPERATING ENGINEERS HEALTH AND WELFARE FUND; TRUSTEES OF THE OPERATING ENGINEERS JOURNEYMAN AND APPRENTICE TRAINING TRUST; AND TRUSTEES OF THE OPERATING ENGINEERS VACATION-HOLIDAY SAVINGS TRUST,<br>      Plaintiffs,<br>vs.<br>SEEK N FIND INSPECTION TESTING & TRAINING, a Foreign Limited-Liability Company, also known as SEEK N FIND INSPECTION TESTING & TRAINING LLC,<br>      Defendant. | CASE NO: 2:20-cv-01429-GMN-VCF<br><br>**STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFF TO RECEIVE SETTLEMENT PAYMENT**<br><br>**(SECOND REQUEST)** |

  Pursuant to the Courts Order dated December 2, 2020 (ECF No. 9), Plaintiffs, TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST, TRUSTEES OF THE OPERATING ENGINEERS HEALTH AND WELFARE FUND, TRUSTEES OF THE OPERATING ENGINEERS JOURNEYMAN AND APPRENTICE TRAINING TRUST, and TRUSTEES OF THE OPERATING ENGINEERS VACATION-HOLIDAY SAVINGS TRUST; and Defendant SEEK N FIND INSPECTION TESTING & TRAINING, also known as SEEK N FIND INSPECTION TESTING & TRAINING, LLC, (hereinafter

1

"SNF"), by and through their respective attorneys of record, hereby stipulate and agree that the Defendant SNF has ten (10) additional days to allow for Defendant SNF's lump sum payment of $8,926.65 ("Settlement Sum") to be processed. The parties have settled, and Defendant submitted the lump sum due and payable within thirty (30) days of the date of the fully executed Settlement Agreement. Once that payment is processed, a Notice of Dismissal will be filed. The parties request a final ten (10) day extension.

This is the second request for an extension of time to respond to the Courts Order. The parties make this request in good faith and not for the purpose of delay.

IT IS SO STIPULATED.

Dated: December 15, 2020

Respectfully submitted,

THE URBAN LAW FIRM

 /s/ Michael A. Urban
MICHAEL A. URBAN, Nevada State Bar No. 3875
NATHAN R. RING, Nevada State Bar No. 12078
4270 S. Decatur Blvd., Suite A-9
Las Vegas, NV 89103
Telephone: (702) 968-8087
Facsimile: (702) 968-8088
E-mail: murban@luch.com; nring@luch.com
*Counsel for Plaintiffs*

Dated: December 15, 2020

Respectfully submitted,

THE WRIGHT LAW GROUP, P.C.

 /s/ John H. Wright
JOHN H. WRIGHT, ESQ.
Nevada Bar No. 6182
2340 Paseo Del Prado, Suite D-305
Las Vegas, Nevada 89102
Telephone: 702-405-0001
Email: john@wrightlawgroupnv.com
*Counsel for Defendants*

**IT IS SO ORDERED.**

Dated this  15   day of December, 2020

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

**CERTIFICATE OF SERVICE**

The undersigned certifies that on the 14th day of December, 2020, she served a true and correct copy of the above and foregoing, **STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFF TO RECEIVE SETTLEMENT PAYMENT (SECOND REQUEST)**, by filing it using the Court's CM/ECF system, which will provide notice of the filing to:

JOHN H. WRIGHT, ESQ.
The Wright Law Group
2340 Paseo Del Prado, Suite D-305
Las Vegas, NV 89102
Phone: 702-405-0001
E-mail: john@wrightlawgroupnv.com
*Counsel for Defendant*

                                              */s/ Kerri Carder-McCoy*
                                              An employee of The Urban Law Firm