**LAQUER, URBAN, CLIFFORD & HODGE LLP**
MICHAEL A. URBAN, Nevada State Bar No. 3875
NATHAN R. RING, Nevada State Bar No. 12078
4270 S. Decatur Blvd., Suite A-9
Las Vegas, NV 89103
Telephone: (702) 968-8087
Facsimile: (702) 968-8088
E-mail: murban@luch.com; nring@luch.com
*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST; TRUSTEES OF THE OPERATING ENGINEERS HEALTH AND WELFARE FUND; TRUSTEES OF THE OPERATING ENGINEERS JOURNEYMAN AND APPRENTICE TRAINING TRUST; AND TRUSTEES OF THE OPERATING ENGINEERS VACATION-HOLIDAY SAVINGS TRUST,<br><br>Plaintiffs,<br><br>vs.<br><br>SEEK N FIND INSPECTION TESTING & TRAINING, a Foreign Limited-Liability Company, also known as SEEK N FIND INSPECTION TESTING & TRAINING LLC,<br><br>Defendant. | CASE NO: 2:20-cv-01429-GMN-VCF<br><br>**AMENDED STIPULATION FOR DISMISSAL WITHOUT PREJUDICE AND ORDER** |

Plaintiffs, TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST; TRUSTEES OF THE OPERATING ENGINEERS HEALTH AND WELFARE FUND; TRUSTEES OF THE OPERATING ENGINEERS JOURNEYMAN AND APPRENTICE TRAINING TRUST; and TRUSTEES OF THE OPERATING ENGINEERS VACATION-HOLIDAY SAVINGS TRUST (hereinafter "Plaintiffs" or "Trust Funds"), by and through their counsel of record, Michael A. Urban of Laquer, Urban, Clifford & Hodge, LLP and Defendant, SEEK N FIND INSPECTION TESTING & TRAINING, a Foreign Limited-Liability Company, also known as SEEK N FIND INSPECTION TESTING & TRAINING LLC ("hereinafter "Defendant" or "SNF"), by and through its counsel of

1

record, John H. Wright of The Wright Law Group, P.C., hereby agree and stipulate subject to the approval and Order of the Court, as follows:

1.  A full and final settlement of the above-entitled action has been entered into and agreed to by the parties. Therefore, the parties request this action be dismissed without prejudice.

2.  The parties have executed a Settlement Agreement and Mutual Release setting forth the terms of their agreement. The terms and conditions of the Settlement Agreement and Mutual Release, and all documents referred to or attached thereto, are incorporated herein by this reference.

3.  The parties have agreed to bear their own fees and costs after completion of the settlement.

4.  The parties have agreed that this Court shall reserve and retain jurisdiction of this action and the parties to enforce the terms of the Settlement Agreement and Mutual Release executed by the parties herein.

**IT IS SO ORDERED.**

Dated this __29__ day of December, 2020

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

/ / /

/ / /

DATED: December 29, 2020     **LAQUER, URBAN, CLIFFORD & HODGE LLP**

  */s/ Michael A. Urban*
MICHAEL A. URBAN, Nevada State Bar No. 3875
NATHAN R. RING, Nevada State Bar No. 12078
4270 S. Decatur Blvd., Suite A-9
Las Vegas, NV 89103
Telephone: (702) 968-8087
Facsimile: (702) 968-8088
E-mail: murban@luch.com; nring@luch.com
***Counsel for Plaintiffs***

DATED: December 29, 2020     **THE WRIGHT LAW GROUP, P.C.**

  */s/ John H. Wright*
JOHN H. WRIGHT, ESQ., Nevada State Bar No. 6182
The Wright Law Group
2340 Paseo Del Prado, Suite D-305
Las Vegas, NV 89102
Phone: 702-405-0001
E-mail: john@wrightlawgroupnv.com
***Counsel for Defendant***